UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CAROL ANN MEALER,<br><br>Petitioner,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>Respondent. | Case No. 1:20-cv-00543-BLW-CWD<br><br>**ORDER** |

On September 19, 2018, Petitioner filed an application for a period of disability and disability insurance benefits under Title II of the Social Security Act. Petitioner's application was denied upon initial review and on reconsideration. Petitioner's timely request for review by the Appeal's Council was denied. Petitioner timely sought the Court's review of this final decision.

On October 20, 2021, United States Magistrate Judge Candy W. Dale issued a Report and Recommendation in this matter. (Dkt. 21). Pursuant to the statute, Judge Dale gave the parties fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. 636(b)(1). None were filed.

ORDER - 1

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Dales' Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on October 20, 2021 (Dkt. 21) is INCORPORATED and ADOPTED in its entirety.

2. The Petition for Review (Dkt. 1) is GRANTED.

3. This action is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

4. This Remand is to be considered a "sentence four remand," consistent with 32 U.S.C. § 405(g) and *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).

5. The Court will enter a separate judgment in favor of Petitioner in accordance with Federal Rule of Civil Procedure 58 and 42 U.S.C. § 405(g).

DATED: January 24, 2022

B. Lynn Winmill
U.S. District Court Judge